# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00193-CV

**Appellant, LSI Logic Corporation//Cross-Appellant, Silicon Space Technology Corporation**

**v.**

**Appellee, Silicon Space Technology Corporation//Cross-Appellee, LSI Logic Corporation**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-06-001204, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant and cross-appellee LSI Logic Corporation and appellee and cross-appellant Silicon Space Technology Corporation have informed this Court that the parties have reached a settlement and filed a joint motion to remand the cause to the trial court and discharge the supersedeas bond. We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the cause to the trial court with instructions to discharge the supersedeas bond and render judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

                    _____

                    J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Vacated and Remanded on Joint Motion

Filed:  May 13, 2009